THE.PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. THOMAS LESTER, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued March 14, 1923; decided April 17, 1923.)

APPEAL from a judgment of the Albany County Court, rendered June 19, 1922, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Joseph L. Delaney* for appellant.

*Charles J. Herrick,* District Attorney (*Timothy E. Roland* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.